7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Donald Russell Hathaway
*Debtor*

*Bankruptcy Case No.*
12–42116–abf7

**United States Trustee**
   Plaintiff(s)

*Adversary Case No.*
12–04261–abf

v.

**Donald Russell Hathaway**
   Defendant(s)

## JUDGMENT

     The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That Judgment is herby entered in accordance with the Order Granting Judgment by Default(Doc. No. 14), Denying the Defendant/Debtor's Discharge in Bankruptcy Case No. 12–42116–abf7.



Ann Thompson
Court Executive

By: /s/ Sharon Greene
    Deputy Clerk

Date of issuance: 3/8/13

Court to serve